withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SIPLIN, Appellant. (Appeal No. 3.) [667 NYS2d 139] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Weapon, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN LOFTIN, Appellant. (Appeal No. 1.) [661 NYS2d 390] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Dwyer, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN LOFTIN, Appellant. (Appeal No. 2.) [666 NYS2d 1023] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Dwyer, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.

■ In the Matter of DERRICK DALEY, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [667 NYS2d 140] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Respondent's determination that petitioner was guilty of refusing a direct order and failing to follow movement regulations is supported by substantial evidence. The written misbehavior report describes with specificity the conduct of petitioner that was witnessed by the author and is "sufficiently relevant and probative to constitute substantial evidence" supporting the determination (*People ex rel. Vega v Smith,* 66 NY2d 130, 140; *see, Matter of Breland v Coombe,* 238 AD2d 960). Because the petition challenges the determination with respect to those two charges only, we do not consider the argument in petitioner's brief that the determination finding petitioner guilty of making a false statement is not supported by substantial evidence. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.